UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| HARVEY NOBLES,<br><br>                Plaintiff,<br>v.<br>STATE OF NEVADA, *et al.*,<br><br>                Defendants. | Case No. 3:25-cv-00321-ART-CLB<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

Mr. Nobles brings this case against Defendants Washoe County Jail, State of Nevada, Washoe County Jail Medical Staff, Sparks Police Department, and Reno Police Department (collectively referred to as "Defendants") asserting nine claims under 42 U.S.C. §1983, including illegal arrest, illegal search, illegal incarceration, excessive force during an arrest, excessive force as a pretrial detainee, medical negligence, assault, property damage, denial of access to the courts, and harassment. (*See* ECF No. 1-1.) Before the Court are Mr. Nobles' application to proceed *in forma pauperis* ("IFP") (ECF No. 1-1), *pro se* civil rights complaint, (*id.*) and motion for appointment of counsel. (ECF No. 1-2.) Also before the Court is Magistrate Judge Carla Baldwin's report and recommendation ("R&R") recommending a grant of Mr. Nobles' application to proceed IFP, dismissal of Mr. Nobles' entire complaint without prejudice and with leave to amend, and denial of Mr. Nobles' motion for counsel as moot given that conclusion. (ECF No. 5.) The Court agrees with Judge Baldwin's reasoning and adopts her R&R in full.

I.    **LEGAL STANDARD**

Magistrate judges are empowered to issue reports and recommendations on dispositive issues, which district judges may "accept, reject, or modify, in whole or in part." 28 U.S.C. § 636(b)(1)(C). Where, as here, neither party objects to a magistrate judge's recommendation, the district court is not required to

1 perform any review of that judge's conclusions. *See Thomas v. Arn*, 474 U.S. 140, 150 (1985).

Based on Mr. Nobles' financial status, Judge Baldwin recommends granting his application to proceed IFP. Further, Judge Baldwin recommends dismissal of Mr. Nobles' complaint because he brings many different claims against numerous law enforcement agencies, law enforcement officers, corrections officers, and medical staff that are unrelated and cannot proceed in a single lawsuit under the FRCP 18(a) and FRCP 20(a)(2). (ECF No. 5.) The Court agrees and adopts the R&R in full.

## II.   CONCLUSION

It is therefore ordered that Judge Baldwin's report and recommendation (ECF No. 5) is adopted in full.

It is further ordered that Plaintiff Harvey Nobles' application to proceed *in forma pauperis* (ECF No. 1), is GRANTED.

It is further ordered that Mr. Nobles not be required to pay an initial installment fee. Nevertheless, the full filing fee should still be due, even if this action is dismissed or is otherwise unsuccessful, pursuant to 28 U.S.C. § 1915, as amended by the Prison Litigation Reform Act. The movant herein should be permitted to maintain this action to conclusion without the necessity of prepayment of fees or costs or giving of security therefor. This order does not extend to the issuance and/or service of subpoenas at government expense.

It is further ordered that the NDOC pay to the Clerk of the United States District Court, District of Nevada, 20% of the preceding month's deposits to the account of HARVEY LEE NOBLES, #1170567 (in months that the account exceeds $10.00) until the full $350.00 filing fee has been paid for this action.

It is further kindly ordered that the Clerk FILE the complaint (ECF No. 1-1), but NOT issue summons at this time.

It is further ordered that Mr. Nobles' complaint (ECF No. 1-1) is DISMISSED

1  with leave to amend.

2  It is further ordered that Mr. Nobles' motion for appointment of counsel
3  (ECF No. 1-2) is DENIED as moot.

4  It is further kindly ordered that the Clerk SEND to Mr. Nobles the approved
5  form for filing a civil rights complaint pursuant to 42 U.S.C. § 1983, instructions
6  for the same, a copy of his original complaint (ECF No. 1-1), and a courtesy copy
7  of General Order No. 2021-5.

8  It is furthered ordered that if Mr. Nobles chooses to file an amended
9  complaint curing the deficiencies of his original complaint, as outlined in this
10 order, he shall file the amended complaint by October 4, 2025.

11 It is furthered ordered that if Mr. Nobles chooses not to file an amended
12 complaint curing the stated deficiencies of the complaint, the Court recommends
13 dismissal of this action for failure to state a claim.

15 Dated this 8th day of September 2025.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE