UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| HARVEY LEE NOBLES,<br><br>                    Plaintiff,<br><br>v.<br><br>STATE OF NEVADA, *et al.*,<br><br>                    Defendants. | Case No. 3:25-CV-00321-ART-CLB<br><br>**ORDER TO CHANGE ADDRESS** |

      On September 8, 2025, the District Judge entered an order adopting this Court's report and recommendation in full, and dismissing Plaintiff Harvey Nobles' ("Nobles") complaint with leave to amend. (ECF No. 6.) The Court mailed this document to Nobles' address at the Northern Nevada Correctional Center ("NNCC"). On October 24, 2025, NNCC returned this document as undeliverable because Nobles is now located at Southern Desert Correctional Center. (ECF No. 8.) However, Nobles has not filed a change of address with the Court. Pursuant to Local Rule IA 3-1, Nobles must immediately file with the Court written notification of any change of mailing address. Failure to comply with this rule may result in dismissal of this action.

      Accordingly, **IT IS THEREFORE ORDERED** that Nobles shall file his notice of change of address with the Court by **Friday, December 12, 2025**, and failure to do so will result in a recommendation that this action be dismissed.

      **IT IS FURTHER ORDERED** that the Clerk of Court shall **SEND** this order and **RESEND** ECF No. 6 to Nobles at **Southern Desert Correctional Center**.

      **DATED**: October 27, 2025.

                                                                                UNITED STATES MAGISTRATE JUDGE